UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

USA,

        Plaintiff,

   v.

PAUL G. HURLEY,

        Defendant.

CASE NO. CR15-0336 JCC

COURT'S VERDICT FORM

WE, THE JURY, unanimously find the following:

**Count 1 of the Indictment:** Soliciting and Agreeing to Receive a Bribe by a Public Official on or about September 11, 2015, in violation of Title 18, United States Code, Section 201(b)(2).

Defendant **PAUL G. HURLEY**     Not Guilty ___✓___  Guilty _____

**Count 2 of the Indictment:** Receiving a Bribe by a Public Official on or about September 16, 2015, in violation of Title 18, United States Code, Section 201(b)(2).

Defendant **PAUL G. HURLEY**     Not Guilty _____  Guilty ___✓___

**Count 3 of the Indictment:** Receiving a Bribe by a Public Official on or about September 21, 2015, in violation of Title 18, United States Code, Section 201(b)(2).

Defendant **PAUL G. HURLEY**     Not Guilty _____  Guilty ___✓___

**Lesser Crime:** Receiving an Illegal Gratuity By a Public Official in violation of Title 18, United States Code, Section 201(c)(1)(B).

Defendant **PAUL G. HURLEY**     Not Guilty _____  Guilty ___✓___

DATED this _12_ day of _February_ 2016

                                        **Presiding Juror**

COURT'S VERDICT FORM- 2